Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Juan Manuel Hernandez Ramirez

## United States District Court
### District of Nevada

| | |
|---|---|
| Juan Manuel Hernandez Ramirez, | Case No. 2:26-cv-01578-CDS-BNW |
| Petitioner | **Order Granting Unopposed Motion for Extension of Time** |
| v. | |
| Todd Blanche, *et al.*, | [ECF No. 6] |
| Respondents | |

Petitioner Juan Manuel Hernandez Ramirez, through Assistant Federal Public Defender Alicia R. Intriago, seeks an extension of time of 13 days to file the amended petition and motion for in forma pauperis status or motion to dismiss the petition in this case.

POINTS AND AUTHORITIES

1.     Petitioner Juan Manuel Hernandez Ramirez was taken into custody of Immigration and Customs Enforcement on or about March 24, 2026. ECF No. 1-1 at 2. On or about May 13, 2026, he mailed a habeas petition under 28 U.S.C. § 2241 to the Federal District Court of Nevada. *Id.* at 4. On May 22, 2026, the Court filed his petition. ECF No. 1-1. The Court appointed the Federal Public Defender to represent Mr. Hernandez Ramirez on May 27, 2026. ECF No. 3. The undersigned attorney filed her Notice of Representation on June 4, 2026. ECF No. 5. The amended petition and motion for leave to proceed *in forma pauperis* or a motion to dismiss the petition is currently due June 18, 2026. *See* ECF No. 3 at 2.

2.     Counsel for Mr. Hernandez Ramirez had a legal call with him on June 8, 2026. At that time she confirmed that he had a bond hearing on April 22, 2026, and was represented by counsel at that hearing. That same day, June 8, 2026, counsel requested the immigration court documents and audio recording of the bond hearing. At this time counsel has still not received the immigration court materials for Petitioner but did receive an email on June 12, 2026, alerting her that the request has been received and is being processed. Counsel also mailed a release for Petitioner that she received back signed on June 12, 2026, that counsel intends to use to seek any and all documents from (1) Petitioner's prior immigration attorney, (2) prior counsel in his battery case from Las Vegas Justice Court, and (3) from his pending DUI case in Las Vegas Municipal Court. Counsel has also been in communication with Mr. Hernandez Ramirez's partner and obtained various documents from her and his family.

3.     Counsel has a pre-planned trip to Ely, Nevada, from June 24 through 26, to visit two new non-capital § 2254 habeas clients that she cannot move as one client has an upcoming AEDPA deadline. She therefore seeks additional time to file either an amended petition or motion to dismiss in Mr. Hernandez Ramirez's case so

that she may obtain the relevant immigration court materials, meet with Mr. Hernandez Ramirez once more (she has requested a legal call with him for June 22), and prepare the relevant pleadings.

4. Counsel for Petitioner reached out to counsel for Respondents, Assistant U.S. Attorney Tamer B. Botros, who indicated that he did not object to this request for extension of time.

5. This request for more time is made in the interests of justice and in the interest of Petitioner Hernandez Ramirez. Counsel has been diligent in her attempts to secure the relevant records in order to assess the appropriate course of action in this case.

Dated June 16, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Alicia R. Intriago
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 22, 2026_____

3