UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juan Manuel Hernandez Ramirez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01578-CDS-BNW

**Order Denying without Prejudice Petitioner's Motion for Leave to Supplement**

[ECF No. 16]

Petitioner Juan Manuel Hernandez Ramirez filed a motion for leave to supplement his first amended petition in support of his second claim for relief. Mot., ECF No. 16. I construe the motion as a motion to amend and, as such, deny Hernandez Ramirez's motion for leave to supplement.

It is hereby ordered that Hernandez Ramirez's motion for leave **[ECF No. 16] is denied without prejudice**. The petitioner must file a second amended petition incorporating the information set forth in his supplement by September 3, 2026. Any response is due by September 17, 2026, and the petitioner's reply is due by September 22, 2026.

Dated: August 20, 2026

Cristina D. Silva
United States District Judge