TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JUAN MANUEL HERNANDEZ RAMIREZ,

Petitioner

v.

JOHN MATTOS, *et al.*

Respondents

Case No. 2:26-cv-01578-CDS-BNW

**Order Approving Joint Stipulation to Extend Federal Respondents' Time to File Response to Petitioner's Second Amended Petition (ECF No. 18)**

[ECF No. 20]

Federal Respondents and Petitioner, by and through their undersigned counsel, hereby submit this Stipulation for a one week extension of time, up to and including **September 24, 2026**, for Federal Respondents to file their Response to Petitioner's Second Amended Petition (ECF No. 18). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's

Second Amended Petition (ECF No. 18) from September 17, 2026, to **September 24, 2026**. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 17th day of September 2026.

RENE L. VALLADARES
Federal Public Defender

/s/ Alicia Intriago
ALICIA INTRIAGO
Assistant Federal Public Defender
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Respondents*

**Order**

Based on the parties' stipulation, it is ordered that the deadline for the federal respondents to file their response to the petitioner's second amended petition is extended to September 24, 2026.

Cristina D. Silva
United States District Judge

Dated: September 18, 2026