Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Juan Manuel Hernandez Ramirez

# United States District Court
# District of Nevada

Juan Manuel Hernandez Ramirez,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-01578-CDS-BNW

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 24]

Petitioner Juan Manuel Hernandez Ramirez, through Assistant Federal Public Defender Alicia R. Intriago, seeks an extension of time of 7 days up to and including October 6, 2026, to file the reply or a motion to leave to file a third amended petition in this case.

## Points and Authorities

1. Petitioner Juan Manuel Hernandez Ramirez was taken into custody of Immigration and Customs Enforcement on or about March 24, 2026. ECF No. 1-1 at 2. On or about May 13, 2026, he mailed a habeas petition under 28 U.S.C. § 2241 to the Federal District Court of Nevada. *Id*. at 4. On May 22, 2026, the Court filed his petition. ECF No. 1-1. The Court appointed the Federal Public Defender to represent Mr. Hernandez Ramirez on May 27, 2026. ECF No. 3. The undersigned attorney filed her Notice of Representation on June 4, 2026. ECF No. 5. Petitioner filed his amended petition on July 1, 2026. ECF No. 9. Respondents filed their response on July 15, 2026, and Petitioner filed his traverse on July 20, 2026. ECF Nos. 13, 15. On August 17, counsel filed a motion seeking leave to supplement with additional factual allegations that related to Ground Two of the amended petition but did not fundamentally alter the factual basis for the relief requested or Petitioner's position his arrest and detention without an initial pre-custody hearing violated his due process rights and has made his ongoing detention *void ab initio*. ECF No. 16; *see also* ECF No 9 at 10. In lieu of granting the motion, on August 20, 2026, this Court ordered Petitioner to file a second amended petition to include these allegations. ECF No. 17. On September 3, 2026, Petitioner filed a second amended petition. ECF No. 18. Counsel also filed a notice that Petitioner is a member of the Jacobo Ramirez class on September 16, 2026. ECF No. 19. The Government responded to the second amended petition on September 24, 2026. ECF No. 23.

2. Since filing the second amended petition, Petitioner had a new bond hearing based upon changes circumstances—specifically, the DUI charge he was originally arrested for in March of this year was dismissed. Nonetheless, and upon information and belief, at the bond hearing on September 11, 2026, the immigration judge denied relief stating that Petitioner is still a danger to the community based upon dismissed charges from two years ago. Upon information and belief, at his

removal hearing on September 18, 2026, that same judge inexplicably granted Petitioner post-conclusion voluntary departure so that he could return to the United States even though she had just found him to be a danger to the community. Upon information and belief, Petitioner immediately mailed a notice of appeal to the BIA.

3. Counsel was on leave last week but has requested the relevant bond hearing audio and order as well as the removal hearing order and audio. Based on her review, counsel will have to seek leave to file a third amended petition to remove or amend Ground Two of the second amended petition. She therefore asks for a one-week extension to file the reply so that she can file a motion for leave to file a third amended petition. Counsel also has a legal call scheduled with Petitioner for tomorrow, September 30, 2026, which was the earliest the Nevada Southern Detention Center could schedule a legal call.

4. Counsel for Petitioner reached out to counsel for Respondents, Assistant U.S. Attorney Russell Webb, who indicated that he did not object to this request for extension of time as to the reply.

5. This request for more time is made in the interests of justice and in the interest of Petitioner Hernandez Ramirez. Counsel has been diligent in her attempts to secure the relevant records in order to assess the appropriate course of action in this case.

Dated September 29, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2026