Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Juan Manuel Hernandez Ramirez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juan Manuel Hernandez Ramirez,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-01578-CDS-BNW

**Order Granting Petitioner's Unopposed Motion for Extension of Time**

**[ECF No. 26]**

Petitioner Juan Manuel Hernandez Ramirez, through Assistant Federal Public Defender Alicia R. Intriago, seeks an extension of time of 2 days up to and including October 8, 2026, to file the reply or a motion to leave to file a third amended petition in this case.

## POINTS AND AUTHORITIES

1. Counsel for Petitioner seeks a short extension of time of two days to file a motion for leave to file a third amended petition. This morning, the Government provided counsel with audio of Mr. Hernandez Ramirez's last bond hearing. Counsel had requested this audio and a copy of the bond decision a week ago. Counsel has still not received the immigration judge's written order denying bond from the Government.

2. Counsel for Petitioner reached out to counsel for Respondents who indicated he did not oppose this request for more time.

3. This request for more time is made in the interests of justice and in the interest of Petitioner Hernandez Ramirez. Counsel has been diligent in her attempts to secure the relevant records.

Dated October 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

____________________________
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2026